

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-14-00858-CV

**IN THE INTEREST OF DM**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01692
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

   Appellant Tina Medillin's brief was originally due on January 20, 2015. On January 26, 2015, Appellant filed a requested extension seeking an additional twenty day extension. The extension was granted and Appellant was ordered to file her brief no later than February 9, 2015. On February 9, 2015, Appellant filed a second motion for extension of time seeking an extension until February 13, 2015 to file her brief. Appellant's brief was filed on February 13, 2015. Appellant's motion for extension of time is GRANTED and Appellant's brief is deemed timely filed on February 13, 2015.

_____
Patricia O. Alvarez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court